■■■■■■ DeGARMO JONES, ASSIGNEE OF ELIJAH BRUSH, AND ALEXANDER McKEE *versus* HENRY BERTHELET. ■■■■

JOURNAL ENTRIES (1825–26): *Journal 4:* (1) Motion for default judgment *p. 10; (2) continued *p. 43; (3) rule for nonsuit *p. 95.
PAPERS IN FILE: (1) Precipe for writ of right; (2) writ of right and return; (3) motion for default judgment.
*1824–36 Calendar*, MS p. 47.